# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOROTHEA CHUTE,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 69426

FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

           _____, J.
           Douglas

_____, J.     _____, J.
Cherry           Gibbons

16-03302

cc:    Hon. Robert W. Lane, District Judge
Dorothea A. Chute
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk